UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KENNETH JAMES HUSTED,

    Defendant.

_____/

Case: 1:21-cr-20334
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 05-19-2021
INDI USA v. Kenneth Husted (tt)

Violations:
21 U.S.C. § 841(a)(1)
18 U.S.C. § 924(c)(1)(a)(i)
18 U.S.C. § 922(g)(1)

## INDICTMENT

**THE GRAND JURY CHARGES:**



FILED
MAY 19 2021
U.S. DISTRICT COURT
FLINT, MICHIGAN

## COUNT ONE
### Possession with intent to distribute methamphetamine
### 21 U.S.C. § 841(a)(1) & 841(b)(1)(B)(viii)

On or about January 10, 2021, in the Eastern District of Michigan, Kenneth James Husted, knowingly possessed with the intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

## COUNT TWO
### Possession of a firearm in furtherance of a drug trafficking offense
### 18 U.S.C. § 924(c)(1)(a)(i)

On or about January 10, 2021, in the Eastern District of Michigan, Kenneth James Husted, knowingly possessed a firearm, that is, one Beretta, Model Tomcat

3032, .32 ACP caliber, semiautomatic pistol, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute methamphetamine, as alleged in Count One of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(a)(i).

## COUNT THREE
### Felon in possession of a firearm
### 18 U.S.C. § 922(g)(1)

On or about January 10, 2021, in the Eastern District of Michigan, Kenneth James Husted, knowing he had been convicted of an offense punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting commerce, a firearm, that is, one Beretta, Model Tomcat 3032, .32 ACP caliber, semiautomatic pistol, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853(a). The allegations contained in Counts Two and Three of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2

Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Section 841, the defendant shall forfeit to the United States: (1) any property, real or personal, constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense; and (2) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

Pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), upon conviction of any offense(s) in violation of Title 18, United States Code, Sections 922(g) and 924(c), the defendant shall forfeit to the United States any firearms and ammunition involved in or used in the knowing commission of the offense(s).

**THIS IS A TRUE BILL**

Dated: May 19, 2021
*s/Grand Jury Foreperson*
GRAND JURY FOREPERSON

SAIMA S. MOHSIN
Acting United States Attorney

ANTHONY VANCE
Assistant United States Attorney
Chief, Branch Offices

*s/William J. Vailliencourt Jr.*
WILLIAM J. VAILLIENCOURT, JR.
Assistant United States Attorney
P39115
101 First Street, Suite 200
Bay City, MI 48708
Phone: (989) 895-5712
Email: William.vailliencourt@usdoj.gov

3

| United States District Court<br>Eastern District of Michigan | Criminal Case Co | Case: 1:21-cr-20334<br>Judge: Ludington, Thomas L.<br>MJ: Morris, Patricia T.<br>Filed: 05-19-2021<br>INDI USA v. Kenneth Husted (tt) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it ac

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based on **LCrR 57.10(b)(4)**[1]: | |
| ☐Yes ☑No | **AUSA's Initials:  WJV** |

**Case Title:**   USA v.  Kenneth James Husted

**County where offense occurred:**   Isabella

**Offense Type:**   Felony

Indictment -- **no** prior complaint

F I L E D
MAY 19 2021
U.S. DISTRICT COURT
FLINT, MICHIGAN

**Superseding Case Information**

**Superseding to Case No:** _____   **Judge:** _____

**Reason:**

| **Defendant Name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case**

May 19, 2021
_____
Date

*s/William J. Vailliencourt Jr.*
_____
William J. Vailliencourt, Jr.
Assistant United States Attorney
101 First Street, Suite 200
Bay City, MI 48708
william.vailliencourt@usdoj.gov
(989) 895-5712

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence.  Cases may be companion cases even though one of them may have already been terminated.